# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT LAWRENCE WILLIAMS,**<br>Plaintiff**,**<br>vs.<br>**HIGHLAND HOSPITAL, ET AL.,**<br>Defendants**.** | CASE NO. 19-cv-03940-YGR<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 7 |

The Court has reviewed the Report and Recommendation of Magistrate Judge Sallie Kim (Dkt. No. 7, "Report") Recommending Dismissal of the instant action for lack of jurisdiction, issued August 21, 2019. As of the date of this Order, plaintiff has not filed an objection to the Report or any other document since the Report was issued.

The Court has reviewed the Report carefully and finds it correct, well-reasoned, and thorough, and **ADOPTS** it in every respect.

Accordingly, and for the reasons set forth in the Report:

The action herein is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

This Order terminates the case.

**IT IS SO ORDERED.**

Dated: October 24, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**